CHARLES H. Ross, Respondent, *v.* MARION Ross, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*James M. Noonan* for motion.

*Harold J. O' Keefe* opposed.

Motion granted and appeal dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.